**Shane Adam HAHN, Respondent,**

v.

**Teesha Ann Marie HAHN; Defendant**

**Department of Social Services, Family Support Division, State of Missouri, Appellant.**

**No. WD 64087.**

Missouri Court of Appeals, Western District.

Feb. 22, 2005.

Sarah Mclean, Kansas City, MO for Appellant.

Shane A. Hahn, Bates City, MO, Respondent Pro Se.

Wendell Geary Jaco, Kansas City, MO, for Defendant.

Before PAUL M. SPINDEN, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

The Missouri Department of Social Services, Family Support Division (State) appeals the trial court's judgment reducing Mr. Shane Hahn's obligation to reimburse the State for public-assistance benefits paid on behalf of his dependent children.

For the reasons set forth in the memorandum provided to the parties, we affirm the trial court's judgment. Rule 84.16(b).